UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                    Chapter  7

FRANK DIDIO                                                       Case No. 19-41281

                              Debtor(s)
-----------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

205 Riedel Avenue, Staten Island, New York 10306
_____
                          *[Identify the Property]*
8544
_____
                          *[Last 4 Digits of Loan Number]*
Nationstar Mortgage LLC.
_____
                          *[Creditor's Name and Address]*

### SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: _Frank DiDio_                Date: April  9  , 2019

Print Name: FRANK DIDIO
                          *[First and Last Name]*
Telephone Number: 646-954-4258
                          *[i.e. 999-999-9999]*
E-mail Address [if any]: _____