**Shapiro, DiCaro & Barak, LLC**
Attorneys at Law

One Huntington Quadrangle, Suite 3N05
Melville, New York 11747
Tel: (631) 844-9611 • Fax: (631) 844-9525

**Partners:**
Gerald M. Shapiro (admitted in FL, IL)
David S. Kreisman (admitted in IL)

**Managing Partners:**
John A. DiCaro (NY)
Shari S. Barak (NY)

May 13, 2020

***VIA ECF***

Honorable Carla E. Craig
United States Bankruptcy Court
Eastern District of New York

     RE:    Frank Didio
                Chapter 7
                Case Number: 1-19-41281-CEC
                SD&B File Number: 18-070469

Dear Chief Judge Craig:

This loss mitigation status letter is submitted on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 ("Nationstar"), a secured creditor of the above-referenced Debtor.

Following a hearing on held on January 23, 2020, on Debtor's Motion for Loss Mitigation and our client's Objection interposed in response thereto, the parties consented to loss mitigation, but for the purpose of non-retention review. Thereafter, the parties corresponded and confirmed that the Debtor is interested in commencing a short sale review.

On January 30, 2020, a Loss Mitigation Order was entered. On February 7, 2020, our office provided a Creditor Loss Mitigation Affidavit with short sale instructions to Debtor and Debtor's Attorney. Our Client has advised that an application has not been submitted, to date.

Therefore, our client will be seeking termination of the Loss Mitigation period at the next Loss Mitigation Status Conference, currently scheduled before this Court on May 21, 2020.

If this Court has any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

*/s/Barbara Dunleavy*
Barbara Dunleavy
Bankruptcy Attorney

**Additional Office Location:**
175 Mile Crossing Boulevard, Rochester, New York 14624 | Tel: (585) 247-9000 | Fax: (585) 247-7380

www.LOGS.com/shapiro_dicaro_barak